O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. SMITH, JR.,<br><br>            Petitioner,<br><br>  v.<br><br>DEBRA DEXTER, WARDEN,<br><br>            Respondent. | NO. CV 08-3348-VAP (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS, AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Statement of Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

Petitioner asserts in his Objections, for the first time, that the sole habeas claim alleged in the Petition is not actually premised, as alleged in the Petition, on the Fourth Amendment but, instead, rests on asserted violations of his Fifth Amendment privilege against self-incrimination and his Fourteenth Amendment right to equal protection.

A district court has discretion, but is not required, to consider evidence or claims presented for the first time in Objections to a Magistrate Judge's Report and Recommendation. *See* Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002); United States v. Howell, 231 F.3d 615, 621-22 (9th Cir. 2000).

As the Report notes (Report at p. 8 n.2), Petitioner's mere unexplicated reference in the Petition to the Fifth and Fourteenth Amendments is unavailing, as a matter of law, to save his claim grounded in the Fourth Amendment. Petitioner's attempt, in his Objections, to re-cast his Fourth Amendment claim as one based on his *Miranda* rights and the Equal Protection Clause is equally unavailing, because Petitioner not only did not plead any such claim(s) in the Petition but also failed to do so in the state courts. (*See* documents lodged on August 28, 2008, Nos. 3-4.) Petitioner's re-stated version of his claim, thus, is unexhausted. Accordingly, the Court, in its discretion, declines to consider Petitioner's belatedly-raised and unexhausted new claim.

Having completed its *de novo* review, the Court accepts and adopts the Report. IT IS ORDERED that: (1) Respondent's Motion to Dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

///
///
///
///
///

       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   December 6, 2008          .

                                        /s/ Virginia A. Phillips
                                        _____
                                        VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE