**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN B. SMITH, JR., | ) NO. CV 08-3348-VAP (MAN) |
|     Petitioner, | ) |
|     v. | ) JUDGMENT |
| DEBRA DEXTER, WARDEN, | ) |
|     Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 6, 2008.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE